CO-386-online
10/03

**FILED**

JAN 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Defenders of Wildlife<br>And<br>Forest Guardians<br><br>　　　　　　　Plaintiff<br>vs<br>Gail Kimbell, Chief, U.S. Forest Service; U.<br>S. Forest Service; and Mike Johanns,<br>Secretary, U.S. Dept. of Agriculture<br>　　　　　　　Defendant | Civil Act  CASE NUMBER  1:07CV00194<br><br>JUDGE: Richard J. Leon<br><br>DECK TYPE: Administrative Agency Rev<br><br>DATE STAMP: 01/30/2007 |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for ___Plaintiffs Defenders of Wildlife and Forest Guardians___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___Plaintiffs Defenders of Wildlife and Forest Guardians___ which have any outstanding securities in the hands of the public:

None (Plaintiffs are non-profit conservation organizations)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. Bar No. 476062
BAR IDENTIFICATION NO.

Michael T. Leahy
Print Name

Defenders of Wildlife, 1130 17th St., NW
Address

Washington, D.C.   20036
City　　　State　　　Zip Code

202-682-9400
Phone Number

2