MATTHEW J. McKEOWN
Acting Assistant Attorney General
CYNTHIA S. HUBER
Acting Assistant Section Chief
BEVERLY F. LI (WSBA #33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213 (Li)
　　　　　 (202) 514-5273 (Huber)
Facsimile: (202) 514-8865
cynthia.huber@usdoj.gov
beverly.li@usdoj.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, and FOREST GUARDIANS,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>GAIL KIMBELL, Chief, United States Forest Service; and MIKE JOHANNS, Secretary, United States Department of Agriculture,<br><br>　　　　　Federal Defendants. | Case No. 07-CV-00194-RJL |

## FEDERAL DEFENDANTS' NOTICE OF
## <u>ATTORNEY APPEARANCE</u>

Federal Defendants hereby give notice of the appearance of Cynthia Huber and Beverly Li as counsel for Federal Defendants in the above-captioned litigation.

Service of all papers by U.S. Mail should be addressed as follows:

　　　Cynthia S. Huber
　　　Beverly Li
　　　U.S. Department of Justice
　　　Environment & Natural Resources Division
　　　Natural Resources Section

- 1 -

P.O. Box 663
Washington, DC 20044-0663

Express deliveries (Federal Express, hand delivery, etc.) should be addressed to:

Cynthia S. Huber
Beverly Li
U.S. Department of Justice
Environment & Natural Resources Division
601 D St. NW, Room 3137
Washington, DC 20004

Facsimiles may be transmitted to Ms. Li and Ms. Huber at (202) 514-8865.  The direct dial numbers for counsel are: Ms. Huber - (202) 514-5273, and Ms. Li - (202) 353-9213.

    Respectfully submitted this 16th day of March, 2007.

                  MATTHEW J. McKEOWN
                  Acting Assistant Attorney General

                  /s/ Cynthia S. Huber
                  CYNTHIA S. HUBER (DC # 390616)
                  Acting Assistant Section Chief
                  BEVERLY F. LI (WSBA # 33267)
                  Trial Attorney
                  U.S. Department of Justice
                  Environment & Natural Resources Div.
                  P.O. Box 663
                  Washington, DC 20044-0663
                  Telephone: (202) 353-9213 (Li)
                              (202) 514-5273 (Huber)
                  Facsimile: (202) 514-8865

                  Attorney for Federal Defendants

NOTICE OF APPEARANCE
Civ. No. 07-00194-RJL                  - 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 16, 2007, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Michael Leahy
Brian Segee
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036
Tel: 202-682-9400

Attorneys for Plaintiffs

          /s/ Cynthia S. Huber
      Cynthia S. Huber
      Attorney for Federal Defendants

NOTICE OF APPEARANCE
Civ. No. 07-00194-RJL          - 1 -