MICHAEL T. LEAHY
DC Bar No. 476062
BRIAN P. SEGEE
DC Bar No. 492098
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036-4604
(202) 682-9400, Fax (202) 682-1331
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEFENDERS OF WILDLIFE, And <br> FOREST GUARDIANS, <br><br> Plaintiffs, <br><br> vs. <br><br> GAIL KIMBELL, U.S. FOREST SERVICE, And <br> MIKE JOHANNS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Case No. <br> ) 07cv194 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss Civil Case No. 07cv194 (RJL).

DATED: April 13, 2007

Respectfully submitted,

/s/ Michael T. Leahy
MICHAEL T. LEAHY
DC Bar No. 476062
/s/ Brian P. Segee
BRIAN P. SEGEE
DC Bar No. 492098
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036-4604
Tel. (202) 682-9400; Fax (202) 682-1331
*Counsel for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I electronically filed the foregoing PLAINTIFFS'

NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using the

CM/ECF system, which will send notification of such filing to the following:


Cynthia S. Huber
Beverly Li
U.S. Department of Justice,
Environment & Natural Resources Div.
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 514-5273 (Huber)
(202) 353-9213 (Li)
Facsimile: (202) 514-8865
cynthia.huber@usdoj.gov
beverly.li@usdoj.gov

Counsel for Federal Defendants


                                        /s/_Michael T. Leahy_____
                                        MICHAEL T. LEAHY
                                        *Counsel for Plaintiffs*